**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01098-CV

### IN RE BEAZER HOMES TEXAS, L.P., Relator

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07002A**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding, unless the parties' agreement provides otherwise.

/s/     LANA MYERS
         JUSTICE